UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| STEPHEN W., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:20-cv-00267-JAW |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On August 19, 2021, the Magistrate Judge filed his report and recommended decision in this case, recommending the Court affirm the Administrative Law Judge's (ALJ) decision denying Stephen W. Social Security benefits. *Report and Recommended Decision* (ECF No. 22) (*Recommended Decision*). On August 31, 2021, Mr. W. filed an objection to the Recommended Decision. *Pl.'s Application for De Novo Review and for Oral Argument* (ECF No. 23) (*Pl.'s Obj.*). On September 14, 2021, the Acting Commissioner of the Social Security Administration (SSA) filed her response to Mr. W.'s objection. *Def.'s Resp. to Pl.'s Objs. to the Report & Recommended Decision* (ECF No. 24) (*Def.'s Resp.*). On September 29, 2021, after receiving leave of the Court, Mr. W. filed a sur-reply in response to the Acting Commissioner's reply. *Pl.'s Reply to Def.'s Resp.* (ECF No. 27) (*Pl.'s Reply*).

The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and made a de novo determination of all

matters adjudicated by the Magistrate Judge.  For the reasons contained in the Recommended Decision, the Court adopts and affirms the Recommended Decision (ECF No. 22) and determines that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 22) is hereby AFFIRMED and ADOPTED.

2. It is further ORDERED that the Commissioner's decision be and hereby is AFFIRMED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 8th day of February, 2022